IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **ISIAH POELINITZ, AIS # 184199** | : | |
| Plaintiff, | : | |
| vs. | : | **CIVIL ACTION 06-0506-CG-B** |
| **BONDURANT LUMBER, INC.,** *et al.*, | : | |
| Defendants. | : | |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be dismissed with prejudice.

**DONE and ORDERED** this 30th day of August, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE